## No. 14,336.

### HENNIG *v.* CITY OF BOULDER.
(80 P. [2d] 1119)

Decided May 23, 1938.   Rehearing denied June 20, 1938.

Judgment affirmed en banc on application for supersedeas without written opinion.   Mr. Justice Hilliard and Mr. Justice Bouck not participating.

Mr. SIMON QUIAT, Mr. SAMUEL S. GINSBERG, Mr. NATHAN H. CREAMER, for plaintiff in error.

Mr. FRANK L. MOORHEAD, for defendant in error.